IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER KENT,

    Petitioner,

v.                                    Case No.: 3:24cv599/MCR/MAL

WARDEN, FPC PENSACOLA,

    Respondent.
_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation dated February 13, 2025. ECF No. 13. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, if any, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2. Kent's Motion for Preliminary Injunction, ECF No. 10, is DENIED.

**DONE and ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**